UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SKECHERS USA, INC., et al.** | |
| Plaintiff, | 24-cv-06708 |
| -against- | **ORDER** |
| **ABG ROCKPORT, INC., et al.,** | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a scheduling conflict, the Court will adjourn the premotion conference originally scheduled for Wednesday, January 29, 2025 at 3pm. The Parties are ORDERED appear at a telephonic conference on Tuesday, February 4, 2025 at 3:30pm. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   January 27, 2025
        New York, New York

*/s/ Andrew L. Carter*

**ANDREW L. CARTER, JR.**
**United States District Judge**