UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SKECHERS USA, INC., et al.**<br><br>                                **Plaintiff,**<br><br>-against-<br><br>**ABG ROCKPORT, INC., et al.,**<br><br>                                **Defendants.** | 24-cv-06708<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up to this afternoon's telephonic conference, the Parties are ORDERED to file a joint status report on February 25, 2025 summarizing the state of settlement discussions between all Parties.

**SO ORDERED.**

Dated:    February 4, 2025
              New York, New York

*Andrew L. Carter*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**