UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SKECHERS USA, INC., et al.**<br><br>                                    **Plaintiff,**<br><br>                    -against-<br><br>**ABG ROCKPORT, INC., et al.,**<br><br>                                    **Defendants.** | 24-cv-06708<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court **GRANTS** Plaintiff leave to file its Second Amended Complaint without requiring a pre-motion conference and **GRANTS** Plaintiffs' motion to seal the exhibits attached to their letter motion for a conference.  *See* ECF No. 75.  The Court **ORDERS** Plaintiff to file its Second Amended Complaint on or before **August 20, 2025**.  The Court further **ORDERS** Defendants to file their Answer or otherwise respond to the Second Amended Complaint within **21 days** of the filing of the Second Amended Complaint.

The Court notes Plaintiffs' request that the Court set a scheduling conference but will refrain from doing so until (1) Defendants file their Answer or (2) Defendants seek leave to file a motion to dismiss the Second Amended complaint.

The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 75-77.

**SO ORDERED.**

Dated:    August 13, 2025
             New York, New York

                                                              _____
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**