**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/29/2025

# LernerDavid
### INTELLECTUAL PROPERTY LAW

Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Jason H. Kasner**
908.518.6370
jkasner@lernerdavid.com

August 29, 2025

**VIA ECF**
**Confirmation via Email** (ALCarterNYSDChambers@nysd.uscourts.gov)
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Skechers U.S.A., Inc et al. v. Marc Fisher Holdings LLC et al.*
C.A. 24-cv-06708 – Defendants' Request for Extension of Time to Answer

Dear Judge Carter:

This firm represents all named defendants, Marc Fisher Holdings LLC, ABG Rockport LLC, and Authentic Brands Group LLC (collectively "Defendants") in the above matter.

We write pursuant to Your Honor's Individual Rule 1.D. to request a three week extension of time, until September 26, 2025, for Defendants to answer Plaintiffs' Second Amended Complaint, filed by Plaintiffs on August 15, 2025. The current deadline to answer, move, or otherwise respond is September 5, 2025.

This is the first request for an extension. Plaintiffs' counsel consented to this request via email on August 28, 2025. No discovery deadlines have been set by the Court, and no calendared dates will be affected by this extension.

With regard to Defendants' January 7, 2025 letter to Your Honor (Dkt. 48), requesting a premotion conference for leave to file a motion to dismiss Plaintiff's First Amended Complaint, for judicial efficiency, Defendants withdraw that request without prejudice.

We thank the Court for its consideration of this request.

Respectfully,

LERNER DAVID LLP
*Attorneys for Defendants Marc Fisher
Holdings LLC, ABG Rockport LLC, and
Authentic Brands Group LLC*

JASON H. KASNER

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 29, 2025
New York, NY