UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/2/26

SKECHERS U.S.A., INC., et al.,

        Plaintiff,

-against-

MARC FISHER HOLDINGS LLC, et al.,

        Defendant.

24-CV-6708 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' confidential settlement update letter, submitted via email on December 31, 2025. The Court notes that the parties have a joint update letter due on June 1, 2026. (*See* Dkt. 97 ¶ 12.) In that letter, they are to include a further settlement update. If the parties wish to communicate any confidential settlement-related information, they may do so via email. They may also update the Court earlier than June 1, 2026 if any developments occur prior to that time.

Dated:  New York, New York
       January 2, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**