MEMO ENDORSED

**ALSTON & BIRD**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/26/26 _____

90 Park Avenue
New York, NY 10016
212-210-9400

**Andrew J. Ligotti**                    Direct Dial: **+1 212 210 1286**                    Email: **andy.ligotti@alston.com**

**VIA ECF**

August 14, 2025

Confirmation Email to: ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:     *Skechers U.S.A., Inc. et al. v. Marc Fisher Holdings LLC et al.*
        24-cv-06708

Dear Judge Carter:

My firm represents Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II ("Skechers") in the above-referenced action.

Pursuant to Rule 6 of the Court's Individual Practices, and the Court's Order granting Skechers' request for leave to file the Second Amended Complaint, Skechers respectfully submits this letter to request that the following documents be filed under seal, redacted copies of which are being filed via ECF contemporaneously with this request along with the proposed sealed documents with the proposed redactions highlighted:

- Skechers' Second Amended Complaint; and,

- Exhibit 4 to the Skechers' Second Amended Complaint.

These documents are the same as those which were subject to Skechers' recent motion to seal, filed on August 11, 2025 (D.I. 75) accompanying its request for leave to file the Second Amended Complaint. The Court granted Skechers' motion to file those documents under seal on August 13, 2025, and also granted leave to file the amended pleading. D.I. 78. Given that Skechers will now file the Second Amended Complaint and its exhibits pursuant to the Court's Order, Skechers respectfully requests that these materials again be filed under seal. As before, the foregoing documents contain material that Defendants provided to Skechers' counsel pursuant to agreement that Skechers treat the material as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY" because, according to Defendants' counsel, the Commercial Terms Agreement

Alston & Bird LLP                                                                                          www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C

August 14, 2025
Page 2

contains Defendants' highly sensitive business information. Skechers currently has no reason to dispute these representations. Skechers' Second Amended Complaint references and quotes the Commercial Terms Agreement extensively and attaches the Commercial Terms Agreement as a supporting exhibit. The proposed sealed documents, comprising Skechers' Second Amended Complaint and Exhibit 4 thereto will be filed and electronically related to this letter in accordance with the Court's rules. *See* Individual Practices, Rule 6.C.ii.

Courts in this district routinely permit parties to seal or redact confidential business materials. *See, e.g., Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) (granting motion to seal "specific business information and strategies, which, if revealed, 'may provide valuable insights into a company's current business practices that a competitor would seek to exploit.'"); *GoSmile, Inc. v. Levine*, 769 F. Supp. 2d 630, 649 (S.D.N.Y. 2011) (granting motion to seal documents containing defendants' "highly proprietary material"). Accordingly, Skechers respectfully requests that the Court grant its request to file the above documents under seal.

Respectfully Submitted,
/s Andrew J. Ligotti
Andrew J. Ligotti
*Counsel for Plaintiffs*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

The Motion to Seal is GRANTED. The Clerk of Court is directed to terminate ECF No. 79.

3/26/26