USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   06/25/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II, <br><br>        Plaintiffs, <br><br>   -against- <br><br> ABG ROCKPORT LLC, et al., <br><br>        Defendants. | 24-CV-6708 (ALC) (BCM) <br><br> **ORDER** |
| SKECHERS U.S.A., INC. and SKECHERS U.S.A., INC. II, <br><br>        Plaintiffs, <br><br>   -against- <br><br> EASY SPIRIT LLC and MARC FISHER HOLDINGS LLC, <br><br>        Defendants. | 26-CV-755 (ALC) (BCM) |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the June 25, 2026 status conference, held in both *Skechers U.S.A., et al. v. ABG Rockport LLC, et al.*, No. 24-CV-6708 (the Rockport Action) and *Skechers U.S.A., et al. v. Easy Spirit LLC, et al.*, No. 26-CV-755 (the Easy Spirit Action):

1.     In the Rockport Action, defendants are reminded that a party is deemed to have "control" over discoverable documents or other evidence, for purposes of Fed. R. Civ. P. 34(b), "when it has 'the right, authority, or practical ability to obtain the documents from a non-party to the action.'" *Mazzei v. Money Store*, 2014 WL 3610894, at *3 (S.D.N.Y. July 21, 2014) (quoting *In re NTL, Inc. Sec. Litig.,* 244 F.R.D. 179, 195 (S.D.N.Y.2007)); *accord Jade Farm LLC v. Mirahangiry*, 2022 WL 17586970, at *1 (S.D.N.Y. Nov. 29, 2022). Consequently, in responding to plaintiffs' discovery demands, defendants must search for and produce relevant, non-privileged documents created or maintained by their non-party consultant Solanum.

2.      No later than **July 9, 2026**, the parties must submit a proposed stipulated ESI order governing the Easy Spirit Action (either as a standalone stipulation or as a stipulation covering both related actions).

3.      The next status conference in these related actions will take place on **August 31, 2026**, at **12:00 p.m.** No later than **August 24, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
      June 25, 2026                    **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**